950 A.2d 265

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Curtis JONES, Respondent.**

Supreme Court of Pennsylvania.

May 27, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 27th day of May, 2008, the Petition for Allowance of Appeal is **GRANTED.** The issue, rephrased for clarity is:

Whether the Superior Court erred by concluding that probable cause did not support the issuance of the search warrant of a murder victim's residence for investigatory purposes.